509 A.2d 838

**Georgette JUSTICE and Richard Mays, Administrators of the Estate of Rafiki Mays, Deceased, and Georgette Justice and Richard Mays, in their own right, Petitioners,**

**v.**

**BOOTH MATERNITY CENTER and Philip Glass, M.D., Respondents.**

Supreme Court of Pennsylvania.

May 21, 1986.

## AMENDED ORDER

PER CURIAM.

AND NOW, this 21st day of May, 1986, the petition for allowance of appeal is granted. The order of Superior Court, 345 Pa.Super. 529, 498 A.2d 950, is reversed and the case is remanded to the Philadelphia Court of Common Pleas for further proceedings consistent with the opinion of this Court in *Amadio v. Levin,* 509 Pa. 199, 501 A.2d 1085 (1985).